IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RODNEY BRAGG                                                                    PLAINTIFF

v.                                            Case No. 4:20-cv-4054

HUSQVARNA FORESTRY PRODUCTS, N.A. INC.
and FIRSTCASH, INC.                                                          DEFENDANTS

## ORDER

This action was removed from the Circuit Court of Miller County, Arkansas on July 2, 2020.   In its Answer, Separate Defendant FirstCash, Inc. states that its correct name is CashAmerica Pawn, L.P. and prays that the case caption be amended to reflect as such.  Upon consideration, the Court finds that the request should be granted.  Accordingly, the Clerk of Court is hereby **DIRECTED** to change Separate Defendant FirstCash, Inc's name to CashAmerica Pawn, L.P. in the case caption and CM/ECF system.

**IT IS SO ORDERED**, this 16th day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge